Paul Swen Prior, Esq.
Nevada Bar No. 9324
Karl O. Riley, Esq.
Nevada Bar No. 12077
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: sprior@swlaw.com
kriley@swlaw.com

*Attorneys for Defendant Lowe's Home Centers, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LYDIA GRAY, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>LOWE'S HOME CENTERS, LLC, a North Carolina Limited-Liability Company; DOES 1-V; and ROES VI-X,<br><br>Defendant. | CASE NO. 2:15-cv-001910-APG-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO THE COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff Lydia Gray ("Plaintiff"), by and through her attorneys, the Law Office of Dan M. Winder, P.C., and Defendant Lowe's Home Centers, LLC ("Lowe's," with Plaintiff, the "Parties"), by and through its attorneys, the law firm of Snell & Wilmer L.L.P., hereby stipulate to extend the time for Lowe's to Respond to Plaintiff's Complaint.

WHEREAS, October 6, 2015, Plaintiff filed her Complaint;

WHEREAS, the Summons was served on Defendant on October 22, 2015, making its response due November 12, 2015;

WHEREAS, the Parties agree to extend Lowe's time to respond to Plaintiff's Complaint to December 7, 2015;

WHEREAS this request is not made for purposes of delay and is supported by good cause;

NOW, THEREFORE, in consideration of the foregoing, and for good cause, IT IS

HEREBY STIPULATED AND AGREED, by and between the Parties as follows:

1. Lowe's will respond to Plaintiff's Complaint on or before December 7, 2015.

**IT IS SO STIPULATED.**

DATED this 12th day of November, 2015.                    DATED this 12th day of November, 2015.

LAW OFFICE OF DAN M. WINDER, P.C.                    SNELL & WILMER L.L.P.

By: /s/ Dan Winder
   Dan M. Winder, Esq.                                              By: /s/ Karl O. Riley
   Nevada Bar No. 1569                                                  Paul Swen Prior, Esq.
   Arnold Weinstock, Esq.                                              Nevada Bar No. 9324
   Nevada Bar No. 810                                                   Karl O. Riley, Esq.
   Scott C. Dorman, Esq.                                                Nevada Bar No. 12077
   Nevada Bar No. 13108                                                 3883 Howard Hughes Parkway, Suite 1100
   3507 W. Charleston Blvd.                                             Las Vegas, Nevada 89169
   Las Vegas, NV 89102                                                  Tel: (702) 784-5200
   Tel: (702) 474-0523

                                                                         *Attorneys for Defendant Lowe's Home Centers, LLC*
   *Attorneys for Plaintiff*

### ORDER

**IT IS ORDERED THAT** Lowe's shall respond to Plaintiff's Complaint on or before December 7, 2015.

**IT IS SO ORDERED.**

DATED: __November 16__, 2015.

_____
UNITED STATES MAGISTRATE JUDGE

22898076.2

- 2 -