Paul Swen Prior, Esq.
Nevada Bar No. 9324
Karl O. Riley, Esq.
Nevada Bar No. 12077
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: sprior@swlaw.com
       kriley@swlaw.com

*Attorneys for Defendant Lowe's Home Centers, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LYDIA GRAY, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>LOWE'S HOME CENTERS, LLC, a North Carolina Limited-Liability Company; DOES 1-V; and ROES VI-X,<br><br>Defendant. | CASE NO. 2:15-cv-001910-APG-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS**<br><br>**(FIRST REQUEST)** |

Plaintiff Lydia Gray ("Plaintiff"), by and through her attorneys, the Law Office of Dan M. Winder, P.C., and Defendant Lowe's Home Centers, LLC ("Lowe's," with Plaintiff, the "Parties"), by and through its attorneys, the law firm of Snell & Wilmer L.L.P., hereby stipulate to extend the time for Lowe's to file their Reply in support of its Motion to Dismiss Complaint.

WHEREAS, December 7, Defendant filed a Motion to Dismiss Plaintiff's Complaint;

WHEREAS, on December 24, 2015 Plaintiff filed their response to Lowe's Motion to Dismiss;

WHEREAS, under LR 7-2(c), the moving party has seven (7) days, excluding holidays, after the response to file a reply;

WHEREAS, CM/ECF provided Lowe's to file a reply by January 3, 2016 instead of January 6, 2015, which is seven (7) judicial days excluding holidays;

WHEREAS, the Parties agree to extend Lowe's time to file their Reply in support of their Motion to Dismiss to January 6, 2016;

WHEREAS this request is not made for purposes of delay and is supported by good cause;

NOW, THEREFORE, in consideration of the foregoing, and for good cause, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties as follows:

1. Lowe's will file their Reply in support of their Motion to Dismiss on or before January 6, 2016.

**IT IS SO STIPULATED.**

DATED this 29th day of December, 2015.

LAW OFFICE OF DAN M. WINDER, P.C.

By: /s/ Scott C. Dorman
Dan M. Winder, Esq.
Nevada Bar No. 1569
Arnold Weinstock, Esq.
Nevada Bar No. 810
Scott C. Dorman, Esq.
Nevada Bar No. 13108
3507 W. Charleston Blvd.
Las Vegas, NV 89102
Tel: (702) 474-0523

*Attorneys for Plaintiff*

DATED this 29th day of December, 2015.

SNELL & WILMER L.L.P.

By: /s/ Karl O. Riley
Paul Swen Prior, Esq.
Nevada Bar No. 9324
Karl O. Riley, Esq.
Nevada Bar No. 12077
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Tel: (702) 784-5200

*Attorneys for Defendant Lowe's Home Centers, LLC*

## ORDER

**IT IS ORDERED THAT** Lowe's shall file their Reply in support of their Motion to Dismiss on or before January 6, 2016.

**IT IS SO ORDERED.**

DATED: December 30, 2015.

_____
UNITED STATES DISTRICT JUDGE

23222631.2