Paul Swen Prior, Esq.
Nevada Bar No. 9324
Karl O. Riley, Esq.
Nevada Bar No. 12077
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: sprior@swlaw.com
       kriley@swlaw.com

*Attorneys for Defendant Lowe's Home Centers, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LYDIA GRAY, an individual,<br><br>         Plaintiff,<br><br>vs.<br><br>LOWE'S HOME CENTERS, LLC, a North Carolina Limited-Liability Company; DOES 1-V; and ROES VI-X,<br><br>         Defendant. | CASE NO. 2:15-cv-001910-JAD-PAL<br><br>**STIPULATION AND ORDER TO REQUEST COURT ORDERED SETTLEMENT CONFERENCE** |

Plaintiff Lydia Gray ("Plaintiff"), by and through her attorneys, the Law Office of Dan M. Winder, P.C., and Defendant Lowe's Home Centers, LLC ("Lowe's," with Plaintiff, the "Parties"), by and through its attorneys, the law firm of Snell & Wilmer L.L.P., hereby stipulate to request court ordered settlement under LR 16-5 as follows:

WHEREAS, the Parties participated in an unsuccessful Early Neutral Evaluation conference ("ENE") on March 3, 2016;

WHEREAS, since this ENE, the Parties successfully participated in an ENE with Hon. Peggy A. Leen in a related matter, *Wolthers v. Lowe's Home Centers, LLC*, No. 15-02114;

WHEREAS, the Parties believe that Hon. Leen could quickly resolve the instant matter in less than 4 hours, without the expenditure of expensive discovery;

WHEREAS this request is not made for purposes of delay and is supported by good cause;

NOW, THEREFORE, in consideration of the foregoing, and for good cause, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties as follows:

1. The Court order the Parties participate in a court ordered settlement under LR 16-5.

**IT IS SO STIPULATED.**

DATED this 5th day of April, 2016.

LAW OFFICE OF DAN M. WINDER, P.C.

By: /s/ Dan M. Winder
Dan M. Winder, Esq.
Nevada Bar No. 1569
Arnold Weinstock, Esq.
Nevada Bar No. 810
Scott C. Dorman, Esq.
Nevada Bar No. 13108
3507 W. Charleston Blvd.
Las Vegas, NV 89102
Tel: (702) 474-0523

*Attorneys for Plaintiff*

DATED this 5th day of April, 2016.

SNELL & WILMER L.L.P.

By: /s/ Karl O. Riley
Paul Swen Prior, Esq.
Nevada Bar No. 9324
Karl O. Riley, Esq.
Nevada Bar No. 12077
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Tel: (702) 784-5200

*Attorneys for Defendant Lowe's Home Centers, LLC*

**ORDER**

**IT IS ORDERED THAT** the Parties' Stipulation and Order to Request Court Ordered Settlement is **GRANTED**. A separate Order Scheduling Settlement Conference will be filed outlining the date of the settlement conference and instructions thereto.

DATED: April 6, 2016.

_____
UNITED STATES MAGISTRATE JUDGE

23748411.2