Paul Swen Prior, Esq.
Nevada Bar No. 9324
Karl O. Riley, Esq.
Nevada Bar No. 12077
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: sprior@swlaw.com
       kriley@swlaw.com

*Attorneys for Defendant Lowe's Home Centers, LLC*

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| LYDIA GRAY, an individual,<br><br>             Plaintiff,<br><br>vs.<br><br>LOWE'S HOME CENTERS, LLC, a North Carolina Limited-Liability Company; DOES 1-V; and ROES VI-X,<br><br>             Defendant. | CASE NO. 2:15-cv-001910-APG-PAL<br><br>**STIPULATION OF DISMISSAL OF LOWE'S HOME CENTERS, LLC WITH PREJUDICE** |

It is hereby stipulated by and between Plaintiff Lydia Gray ("Gray"), through the Law Office of Dan Winder, and Defendant Lowe's Home Centers, LLC. ("Lowe's"), through its attorneys, the law firm of Snell & Wilmer L.L.P., as follows:

///
///
///
///
///
///
///
///

1. Defendant Lowe's shall be dismissed from this case, with prejudice;

2. Each party shall bear their own attorneys' fees and costs associated with this action.

**IT IS SO STIPULATED.**

DATED August 5, 2016.                                    DATED August 5, 2016.

LAW OFFICE OF DAN M. WINDER, P.C.          SNELL & WILMER L.L.P.

By:   /s/ *Dan M. Winder*
Dan M. Winder, Esq.
Nevada Bar No. 1569
Arnold Weinstock, Esq.
Nevada Bar No. 810
Scott C. Dorman, Esq.
Nevada Bar No. 13108
3507 W. Charleston Blvd.
Las Vegas, NV 89102
Tel: (702) 474-0523

*Attorneys for Plaintiff*

By:   /s/ *Karl O. Riley*
Paul Swen Prior, Esq.
Nevada Bar No. 9324
Karl O. Riley, Esq.
Nevada Bar No. 12077
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Tel: (702) 784-5200

*Attorneys for Defendant Lowe's Home Centers, LLC*

**ORDER**

**IT IS ORDERED THAT** Defendant Lowe's Home Centers, LLC. is dismissed from this action, with prejudice, and each party will bear their own fees and costs.

**IT IS SO ORDERED.**

DATED: ___August 8___, 2016.

_____
UNITED STATES DISTRICT COURT JUDGE

23857793.2